1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10   RODGER DALE ALLEY, Jr.,                    1:11-cv-01444-LJO-GSA  (HC)

11          Petitioner,
                                                ORDER DENYING MOTION FOR
12      vs.                                     APPOINTMENT OF COUNSEL

13   BRENDA CASH,
                                                (DOCUMENT #12)
14          Respondent.

15   _____/

16          Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

18   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

19   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

20   of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

21   Cases.  In the present case, the Court does not find that the interests of justice require the

22   appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

23   Petitioner's request for appointment of counsel is denied.

24      IT IS SO ORDERED.

25   **Dated:   September 19, 2011**              _____/s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28